United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 25-11881-SMG

Victoria Ordunez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 4

Date Rcvd: Nov 26, 2025      Form ID: CGFD44      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria Ordunez, 2411 NW 110 Ave., Sunrise, FL 33322-2540 |
| md | + | Christian MCcue, 6245 N Federal Highway, #418, Ft. Lauderdale, FL 33308-1998 |
| 97871502 | + | AES as Agent on behalf of FL Dept of Ed, Florida Department of Education Office o, 325 West Gaines Street, Suite 1314, tallahassee, FL 32399-6401 |
| 97850753 | + | City of Sunrise, FL, 10770 West Oakland Park Blvd., Sunrise, FL 33351-6899 |
| 97850764 | + | Lisa A. Woodburn, Esq., Diaz Anselmo & Associates, P.A., 499 NW 70 Ave., #309, Fort Lauderdale, FL 33317-7574 |
| 97901836 | + | PO BOX 3807, COPPELL, TX 75019-5877 |
| 97892737 | + | TLOA OF FLORIDA LLC, FOR SECURED PARTY, PO BOX 669488, DALLAS, TX 75266-0356 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: kpierrelouis@browardtax.org | Nov 26 2025 23:31:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Nov 27 2025 03:58:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Nov 26 2025 23:33:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | EDI: MAXMSAIDV | Nov 27 2025 03:58:00 | Aidvantage on behalf of Department of Education L, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| cr | + | Email/Text: kpierrelouis@browardtax.org | Nov 26 2025 23:31:00 | Broward County Tax Collector, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | | EDI: IRS.COM | Nov 27 2025 03:58:00 | United States of America IRS, c/o Raychelle A Tasher, 99 NE 4 St #300, Miami, FL 33132 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 26 2025 23:32:00 | U.S. Bank Trust National Association, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, UNITED STATES |
| 97914588 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 26 2025 23:31:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 97850749 | + | Email/Text: bankruptcy@acima.com | Nov 26 2025 23:33:00 | Acima Credit, POB 1667, Draper, UT 84020-1667 |
| 97985562 | + | EDI: MAXMSAIDV | Nov 27 2025 03:58:00 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 97850750 | + | Email/Text: bncnotifications@pheaa.org | Nov 26 2025 23:32:00 | Americab Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

Case 25-11881-SMG    Doc 89    Filed 11/28/25    Page 2 of 6

| District/off: 113C-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: CGFD44 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 97850751 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 26 2025 23:32:40 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd., FL 4, Sherman Oaks, CA 91411 |
| 97850752 | + | EDI: CAPITALONE.COM | Nov 27 2025 03:58:00 | Capital One, Attn: Bankruptcy, POB 30285, Salt Lake City, UT 84130-0285 |
| 97850755 | + | EDI: WFNNB.COM | Nov 27 2025 03:58:00 | Comenity/Burlington, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 97850757 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2025 23:38:04 | Credit One Bank, Attn: Bankruptcy Department, POB 98873, Las Vegas, NV 89193-8873 |
| 97850756 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2025 23:37:33 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 97939778 | | EDI: DISCOVER | Nov 27 2025 03:58:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 97850758 | + | EDI: DISCOVER | Nov 27 2025 03:58:00 | Discover Financial, Attn: Bankruptcy, POB 3025, New Albany, OH 43054-3025 |
| 97850759 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 26 2025 23:34:00 | Flagship Credit Acceptance, Attn: Bankruptcy, POB 965, Chadds Ford, PA 19317-0643 |
| 97850763 | + | Email/Text: bankruptcy@kikoff.com | Nov 26 2025 23:32:00 | Kikoff Lending LLC, 75 Broadway, San Francisco, CA 94111-1423 |
| 97871533 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 23:38:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97850765 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 23:38:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, POB 10497, Greenville, SC 29603-0497 |
| 97850766 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 26 2025 23:32:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 97850767 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 23:33:00 | Midland Credit Management, 350 Camino De La Reina, #100, San Diego, CA 92108-3007 |
| 97850771 | ^ | MEBN | Nov 26 2025 23:20:15 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 97850770 | + | EDI: MAXMSAIDV | Nov 27 2025 03:58:00 | Navient, POB 300001, Greenville, TX 75403-3001 |
| 97850768 | + | EDI: MAXMSAIDV | Nov 27 2025 03:58:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 97874978 | + | EDI: AGFINANCE.COM | Nov 27 2025 03:58:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 97850772 | + | EDI: AGFINANCE.COM | Nov 27 2025 03:58:00 | Onemain Financial, POB 1010, Evansville, IN 47706-1010 |
| 97949950 | | EDI: PRA.COM | Nov 27 2025 03:58:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 97850773 | ^ | MEBN | Nov 26 2025 23:21:04 | Pam Bondi, Attorney General of the United States, 950 Pennsylvania Ave., NW, Room 4400, Washington, DC 20530-0009 |
| 97957812 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 23:38:04 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97850774 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 26 2025 23:32:00 | Progressive Insurance, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 97850775 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 26 2025 23:34:00 | Progressive Leasing, 256 W. Data Dr., Draper, UT 84020-2315 |
| 97951206 | | EDI: Q3G.COM | Nov 27 2025 03:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 113C-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: CGFD44 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 97970599 | + | Email/Text: jpark001@bellsouth.net | Nov 26 2025 23:33:00 | RAM Receivables LLC agent of Huntington Debt Hold, PO Box 25693, Memphis, TN 38125-8009 |
| 97879084 | | Email/Text: bankruptcy@snapfinance.com | Nov 26 2025 23:31:00 | Snap Finance, POB 26561, Salt Lake City, UT 84126 |
| 97850776 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 26 2025 23:34:00 | Santander Consumer USA, Attn: Bankruptcy, POB 961245, Fort Worth, TX 76161-0244 |
| 97850777 | + | Email/Text: Melinda.L.Gill@irscounsel.treas.gov | Nov 26 2025 23:32:00 | Special Assistant United States Attorney, Associate Area Counsel (SBSE) Ft. Lauder, 1000 South Pine Island Road, Ste 300, Plantation, FL 33324-3910 |
| 97850754 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Nov 26 2025 23:31:00 | Civil Process Clerk, Attorney General of the United States, Southern District of Florida, 99 NE 4 St., #300, Miami, FL 33132 |
| 97850762 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Nov 26 2025 23:31:00 | Juan Antonio Gonzalez, United States Attorney, Southern District of Florida, 99 NE 4th St., Ste 300, Miami, FL 33132 |
| 97850778 | + | Email/Text: ECF@fayservicing.com | Nov 26 2025 23:32:00 | U.S. Bank National Association, c/o Fay Servicing, POB 111209, Nashville, TN 37222-1209 |
| 97933316 | ^ | MEBN | Nov 26 2025 23:20:27 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ASCENDIUM EDUCATION SOLUTIONS INC, 38 BUTTONWOOD COURT, MADISON WI 53718-2156, address filed with court:, Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708 |
| 97850760 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Insolvency Support Group, Unit 1, 7850 SW 6th Ct., Room 165, M/S 5730, Plantation, FL 33324 |
| 97850761 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 97850769 | *+ | Navient, Attn: Bankruptcy, POB 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 26, 2025 | Form ID: CGFD44 | Total Noticed: 50 |

Fanny Zhang Wan
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust fanny.wan@mccalla.com

Michael H. Johnson
    on behalf of Debtor Victoria Ordunez info@attorneydebthelper.com LawOfficesofMichaelHJohnsonFortLauderdale@jubileebk.net

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Raychelle A Tasher
    on behalf of Creditor United States of America IRS Raychelle.Tasher@usdoj.gov bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

Reka Beane
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust Reka.Beane@mccalla.com, mccallaecf@ecf.courtdrive.com

Robin R Weiner
    auto-forward-ecf@ch13weiner.com

TOTAL: 6

CGFD44 (4/23/19)



**ORDERED in the Southern District of Florida on November 26, 2025**

Scott M Grossman
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 25−11881−SMG

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Victoria Ordunez
2411 NW 110 Ave.
Sunrise, FL 33322

SSN: xxx−xx−8501

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

   As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

   Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

*###*